IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO.

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) **COMPLAINT FOR** ) **DECLARATORY JUDGMENT** |
| vs. | ) ) |
| PALLET RACK SURPLUS, INC. AND RAMON RODRIGUEZ | ) ) ) |
| Defendants. | ) ) |

**COMES NOW** Plaintiff Crum & Forster Specialty Insurance Company ("Crum & Forster"), pursuant to Rule 57 of the Federal Rules of Civil Procedure and the provisions of 28 U.S.C. § 2201, and alleges and says:

### Preliminary Statement

1. Pursuant to 28 U.S.C. § 2201, Crum & Forster seeks a declaratory judgment and adjudication concerning the rights, obligations, and liabilities of the parties under a policy of insurance issued by Crum & Forster with respect to claims for defense and indemnity asserted by Defendant Pallet Rack Surplus, Inc. ("Pallet Rack") relating to a lawsuit brought by Defendant Ramon Rodriguez ("Rodriguez") against Pallet Rack and others in North Carolina Superior Court, Lenoir County, Case No. 22-CVS-1014 ("Underlying Action").[1] Through this action, Crum & Forster seeks a declaration that it owes no duty to defend or indemnify Pallet Rack in the Underlying Action.

---

[1] A copy of the operative complaint in the Underlying Action is attached hereto as **Exhibit 1** and is incorporated by reference in this Complaint.

### Jurisdiction

2. Jurisdiction over the claims contained herein is invoked pursuant to 28 U.S.C. § 1332(a)(1) and (c) in that there is complete diversity of citizenship among the parties and the amount in controversy exceeds the sum of $75,000.

### Venue

3. This action properly lies in the U.S. District Court for the Eastern District of North Carolina pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to this declaratory judgment occurred in this judicial district. Specifically, the underlying lawsuit that forms the basis of for this declaratory relief action took place in Lenoir County, North Carolina, which is located in this judicial district, and any rights of duties that the Crum & Forster would have this court adjudicate are therefore located in this district.

### Parties

4. Crum & Forster Specialty Insurance Company is a Delaware corporation, with a statutory home office in Delaware and a main administrative office located in Morristown, New Jersey and is authorized to conduct business in the State of North Carolina.

5. Upon information and belief, Defendant Pallet Rack is, and at all times mentioned herein was, a corporation organized and existing under the laws of the State of Georgia. According to public records, the registered agent for Pallet Rack is Dustin Parrott, 1981 Old Covington Road, Conyers, Georgia 30013.

6. Upon information and belief, Defendant Rodriguez is, and at all times mentioned herein was, an individual residing in Pink Hill, Lenoir County, North Carolina.

2

Error! Unknown document property name.
Case 4:23-cv-00065-M-RN     Document 1     Filed 04/06/23     Page 2 of 9

## Facts

### A. The Accident and Underlying Action

7. Upon information and belief, Pallet Rack is Georgia business that provides, among other services, installation and removal of racking systems.

8. At the time of the injury giving rise to the Underlying Matter, Pallet Rack had been hired by Ranger Construction Company, Inc. ("Ranger") to perform work at 1001 Crews Road, Matthews, North Carolina ("the Property"), a property owned by Industrial Drive Partners, as more fully set forth in **Exhibit 1**.

9. Pallet Rack's contract with Ranger included the deconstruction of one or more T-Bolt drive-in systems, which were located in the parking lot of the Property and adjacent to the building on the Property.

10. On November 13, 2019, Pallet Rack entered into a subcontract with Goals In Service ("GIS"), whereby GIS would perform the tear down of the T-Bolt drive-in systems at the Property. A copy of this contract was incorporated by reference in the Underlying Action, is attached hereto as **Exhibit 2**, and is incorporated by reference herein.

11. As set forth in **Exhibit 1**, Defendant Rodriguez was, at all times relevant to the Underlying Action and this matter, an employee of GIS and within the course and scope of his employment with GIS.

12. On December 6, 2019, Defendant Rodriguez, while in the course and scope of his employment with GIS and performing work pursuant to GIS's subcontract with Pallet Rack, was on a scissor lift approximately twenty to twenty-five feet off the ground when it allegedly malfunctioned, stranding him atop the lift.

3

Error! Unknown document property name.
Case 4:23-cv-00065-M-RN     Document 1     Filed 04/06/23     Page 3 of 9

13.     According to the Complaint in the Underlying Action, an employee of Pallet Rack attempted to use a forklift to further raise the scissor lift to allow Defendant Rodriguez to reach the top of the T-Bolt system GIS was removing pursuant to its contract with Pallet Rack.

14.     While the scissor life was approximately thirty feet in the air, it allegedly collapsed, causing Defendant Rodriguez "to separate from the scissor lift before falling back onto the platform of the scissor lift," suffering injuries.

15.     As a result of the aforementioned alleged events, Defendant Rodriguez filed the Underlying Action against Pallet Rack and others in the General Court of Justice for the State of North Carolina, Superior Court Division, Lenoir County on or about November 10, 2022. Defendant Rodriguez asserted claims against Pallet Rack for Negligence and Gross Negligence and Punitive Damages, as more fully set forth in **Exhibit 1**.

16.     Crum & Forster is currently providing a defense to Pallet Rack in the Underlying Action pursuant to a reservation of its rights to contest coverage.

### B. The Crum & Forster Policy

17.     Crum & Forster issued a commercial general liability policy of insurance, policy number BAK-50245-1 ("the Policy"), to Pallet Rack effective for the policy period of May 8, 2019 to May 8, 2020. The Policy includes a limit of $1,000,000 per occurrence and a general aggregate limit of $2,000,000.

18.     A true, accurate, and complete copy of the policy is attached hereto as **Exhibit 3**, and is incorporated by reference in this Complaint.

19.     The Policy contains the following exclusions and definitions:

4

Error! Unknown document property name.
Case 4:23-cv-00065-M-RN     Document 1     Filed 04/06/23     Page 4 of 9

**SECTION II – EXCLUSIONS**

\* \* \*

    **e. Employer's Liability**

       \* \* \*

\* \* \*

**SECTION V- DEFINITIONS**

\* \* \*

3. **"Bodily injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

\* \* \*

5. **"Employee"** includes a "leased worker". "Employee" does not include a "temporary worker".

\* \* \*

20. **"Volunteer worker"** means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

\* \* \*

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**EXCLUSION -WORKER INJURY**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**A. SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** is amended as follows:

1. Exclusion **e. Employers Liability** is deleted in its entirety.

2. The following additional exclusion applies:

5

Error! Unknown document property name.
Case 4:23-cv-00065-M-RN    Document 1    Filed 04/06/23    Page 5 of 9

This insurance does not apply to:

**a.** "Bodily injury" to any "employee" or "temporary worker" of any insured arising out of or in the course of:

  **(1)** Employment by any insured; or

  **(2)** Performing duties related to the conduct of any insured's business;

**b.** "Bodily injury" to a fellow "employee" or "temporary worker" of any insured arising out of and in the course of such employment when the insured is an "executive officer" of such employer; or

**c.** "Bodily injury" to:

  **(1)** Any contractor, subcontractor, independent contractor, or any other person; or

  **(2)** Any "employee", "temporary worker" or "volunteer worker", or any day laborer or other person hired, engaged or retained in return for compensation or remuneration of any kind, working for, such contractor, subcontractor, independent contractor or any other person, arising out of or in the course of performing work or rendering services of any kind or nature whatsoever:

  **a)** For or on behalf of any insured; or

  **b)** For which the insured may become liable in any capacity; or

**d.** Any obligation to contribute to, share damages with, repay or indemnify someone else who must pay damages because of such "bodily injury"; or

**e.** "Bodily injury" sustained by the spouse, registered domestic partner, child, parent, brother, sister or other family member of:

  **(1)** Any "employee" or "temporary worker" of any insured;

  **(2)** Any contractor, subcontractor, independent contractor or any other person working for or on behalf of any insured; or

  **(3)** Any "employee" or "temporary worker" of any such contractor, subcontractor, independent contractor, or other person as a consequence of any "bodily injury" as set forth in paragraphs **a.**. **b.**, or **c.** of this endorsement.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to all claims and "suits" by any person or organization for

6

Error! Unknown document property name.
Case 4:23-cv-00065-M-RN    Document 1    Filed 04/06/23    Page 6 of 9

damages because of such "bodily injury," including damages for care and loss of services and any claim under which any insured may be held liable under any Workers Compensation law.

**B. SECTION V – DEFINITIONS, 19.** "Temporary Worker" is deleted and replaced with the following:

**"Temporary worker" means any person who is:**

    **a.** Furnished to you to substitute for a permanent "employee";

    **b.** A short-term worker; or

    **c.** Not an "employee" or "volunteer worker"

As used herein, the definition of "employee" includes a "leased worker," "temporary worker," and "volunteer worker."

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

### FIRST CLAIM FOR RELIEF
**(Declaratory Relief)**

20. Crum & Forster restates, re-alleges, and incorporates by reference its allegations stated in paragraphs 1-19 as though fully set forth herein.

21. This action presents a real, actual, and justiciable controversy that is ripe for declaratory judgment pursuant to Rule 57 of the Federal Rules of Civil Procedure as authorized by 28 U.S.C. § 2201. A final ruling by this Court will determine the rights and obligations of the parties and will settle the controversy between them as to these insurance coverage issues.

22. The allegations in the Underlying Action alleged bodily injury to Defendant Rodriguez arising wholly out of his work as an employee of GIS, a subcontractor of Pallet Rack.

7

Error! Unknown document property name.
Case 4:23-cv-00065-M-RN    Document 1    Filed 04/06/23    Page 7 of 9

23. Further, the work Defendant Rodriguez was performing at the time arose out of or in the course of performing work or rendering services for or on behalf of Pallet Rack, and/or for which Pallet Rack could become liable.

24. Under the plain and unambiguous language of the Policy, particularly the **EXCLUSION -WORKER INJURY** endorsement to same, and based on the foregoing, there is no coverage for Pallet Rack under the Policy, as the "bodily injury" claimed in the Underlying Action is "bodily injury" to a contractor, subcontractor, independent contractor, or any other person and/or an "employee", "temporary worker," "volunteer worker", day laborer or other person hired, engaged or retained in return for compensation or remuneration working for a contractor, subcontractor, independent contractor or any other person, arising out of or in the course of performing work or rendering services of any kind or nature whatsoever.

25. The Policy also does not provide coverage to Pallet Rack for any of the claims in the Underlying Action because the Policy contains other terms, conditions, and exclusions which otherwise preclude coverage for the claims asserted against Pallet Rack in the Underlying Action.

26. Crum & Forster therefore requests that this Court declare the rights, obligations, and liabilities of the parties under the Policy with respect to the claims asserted in the Underlying Action. Specifically, Crum & Forster is entitled to a judgment, pursuant to 28 U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure, declaring and adjudging that it does not have an obligation to defend or indemnify Pallet Rack under the terms of the Policy in the Underlying Action.

**WHEREFORE,** Plaintiff Crum & Forster Specialty Insurance Company respectfully prays the Court as follows:

8

Error! Unknown document property name.
Case 4:23-cv-00065-M-RN     Document 1     Filed 04/06/23     Page 8 of 9

1. That the Court declare and decree that the Policy does not afford coverage to Pallet Rack for any of the claims in the Underlying Action;

2. That the Court declare and decree that Crum & Forster is not required to defend Pallet Rack under the Policy in the Underlying Action;

3. That the Court declare and decree that Crum & Forster is not obligated in any way to pay under the Policy for any damages that Pallet Rack may become legally obligated to pay as a result of the Underlying Action;

4. That the costs of this action be taxed against the Defendants;

5. For a trial by jury on all issues so triable; and

6. For such other and further relief as the Court may deem just and proper.

This the 6th day of April, 2023.

/s/David L. Brown
David L. Brown (N.C. State Bar No. 18942)
GOLDBERG SEGALLA LLP
701 Green Valley Road, Suite 310
Greensboro, North Carolina 27408
Telephone: 336.419.4900
Facsimile: 336.419.4950
Email: dbrown@goldbergsegalla.com

*Attorneys for Crum & Forster Specialty Insurance Company*

9

Error! Unknown document property name.
Case 4:23-cv-00065-M-RN    Document 1    Filed 04/06/23    Page 9 of 9