IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No.: 4:23-CV-65-M-RN

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  **DEFENDANT PALLET RACK SURPLUS,**<br>)  **INC.'S MOTION FOR LEAVE TO FILE**<br>)  **ANSWER AND COUNTERCLAIM**<br>)  **OUT OF TIME** |
| PALLET RACK SURPLUS, INC., AND RAMON RODRIGUEZ, | )<br>)<br>) |
| Defendants. | )<br>) |

Defendant Pallet Rack Surplus, Inc. ("Pallet Rack"), by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.1(e) and 77.2, respectfully request the Clerk of Court grant this Motion for Pallet Rack to file its Answer and Counterclaim for Declaratory Judgment outside of the original response period. In support of this Motion, Pallet Rack shows the following:

1. Pallet Rack was served with the Summons and Complaint on July 12, 2023, making Pallet Racks' deadline to respond to the Complaint August 2, 2023.

2. Undersigned counsel was retained to represent Pallet Rack on August 15, 2023, and immediately mobilized to represent Pallet Rack with regard to the allegations in the Complaint.

3. Pallet Rack respectfully requests that the Clerk of Court, pursuant to Local Rule 77.2, grant Pallet Rack leave to file its Answer and Counterclaim for Declaratory Relief, attached as Exhibit A to this Motion.

4. Plaintiff's counsel has consented to this Motion and Pallet Rack's filing of its Answer and Counterclaim for Declaratory Relief outside of the original response period.

WHEREFORE, Pallet Rack Surplus, Inc., respectfully requests that the Clerk of Court grant this Motion and permit Pallet Rack to file the Answer and Counterclaim for Declaratory Relief attached to this Motion within five days of the issuance of an Order on this Motion. This the 18th day of August, 2023.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

By: /s/ William A. Bulfer
William A. Bulfer – N.C. State Bar No. 31424
Daniel T. Strong – N.C. State Bar No. 49546
P.O. Box 19207
Raleigh, North Carolina 27619
wbulfer@teaguecampbell.com
dstrong@teaguecampbell.com
Telephone: 919-873-0166
Fax: 919-873-1814
*Attorneys for Defendant Pallet Rack Surplus, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document has been electronically-filed in compliance with Rule 5 of the Federal Rules of Civil Procedure and Local Civil Rule 5.1 and served upon the parties as follows:

David L. Brown
**GOLDBERG SEGALLA LLP**
701 Green Valley Road, Suite 310
Greensboro, North Carolina 27408
dbrown@goldbergsegalla.com
*Attorney for Crum & Forster Specialty Insurance Company*

This the 18th day of August, 2023.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

By: /s/ William A. Bulfer
William A. Bulfer – N.C. State Bar No. 31424
Daniel T. Strong – N.C. State Bar No. 49546